AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ferguson, Kathryn C. | 2. Court or Organization<br><br>United States Bankruptcy Court | 3. Date of Report<br><br>12/10/12 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Bankruptcy Court Judge-Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>Clarkson S. Fisher Federal Building<br>402 East State Street<br>Trenton, NJ 08608 | | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Trenton Film Society |
| 2. Board Member | Friends of the Lambertville Library |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | National Conference of Bankruptcy Judges | October 11-15, 2011 | Tampa, Florida | Judge's Association Meeting | Transportation, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | | None | J | T | | | | | |
| 2. Brinker Capital Inc: | | | | | | | | | |
| 3. Aberdeen Emerging Mrkts CL A | A | Int./Div. | J | T | Buy | 8/22/11 | J | | |
| 4. Aston/River RD Small Cap Val CL N | | None | | | Sold | 5/10/11 | J | A | |
| 5. Aston/River RD Independent Value N | A | Int./Div. | J | T | Buy | 5/10/11 | J | | |
| 6. | | | | | Sold (part) | 12/21/11 | J | | |
| 7. Alger Small Capital Growth Fund A | | None | | | Sold | 5/10/11 | J | A | |
| 8. Spartan 500 Index FD Advantage Class | A | Int./Div. | J | T | Sold (part) | 1/24/11 | J | A | |
| 9. | | | | | Buy (add'l) | 4/6/11 | J | | |
| 10. Fidelity Inter Mediate Muni Income | A | Int./Div. | J | T | Buy (add'l) | 1/31/11 | J | | |
| 11. | | | | | Sold (part) | 8/22/11 | J | A | |
| 12. William Blair Int'l Growth Class N | | None | | | Sold | 5/10/11 | J | C | |
| 13. Delaware Value FD CL A | A | Int./Div. | J | T | Sold (part) | 8/22/11 | J | | |
| 14. | | | | | Buy (add'l) | 12/22/11 | J | | |
| 15. DWS RREF Global Real Estate Sec CL S | | None | | | Sold | 5/10/11 | J | | |
| 16. Doubleline Total RT Bond FD CL N | A | Int./Div. | J | T | Buy (add'l) | 1/24/11 | J | | |
| 17. | | | | | Sold (part) | 8/22/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Dreyfus Internatl Stock Index | | None | | | Sold | 12/21/11 | J | A | |
| 19. Driehaus Active Income Fund | A | Int./Div. | J | T | Buy | 8/22/11 | J | | |
| 20. Eaton Vance Global Macro ABSL TE RT CL A | A | Int./Div. | | | Buy | 1/31/11 | J | | |
| 21. | | | | | Sold | 8/22/11 | J | | |
| 22. Listed Private Equity Class A | A | Int./Div. | J | T | | | | | |
| 23. Janus Forty Class S N/C | | None | | | Sold | 8/22/11 | J | | |
| 24. JPMorgan Strategic Income Opport A | A | Int./Div. | | | Buy (add'l) | 1/3/11 | J | | |
| 25. | | | | | Sold | 8/22/11 | J | | |
| 26. JPMorgan Tax Aware Real Rtrn Select CL | A | Int./Div. | J | T | Buy (add'l) | 1/3/11 | J | | |
| 27. | | | | | Sold (part) | 8/22/11 | J | A | |
| 28. Lazard Emerging Mkts Open Class | A | Int./Div. | | | Buy (add'l) | 8/10/11 | J | | |
| 29. | | | | | Sold | 8/22/11 | J | A | |
| 30. Leuthold Asset Allocation FD | A | Int./Div. | J | T | Buy (add'l) | 6/23/11 | J | | |
| 31. | | | | | Sold (part) | 12/21/11 | J | | |
| 32. Listed Private Equity Class A | A | Int./Div. | | | Sold | 8/22/11 | J | A | |
| 33. MFS International Value Fund CL A | A | Int./Div. | J | T | Buy (add'l) | 12/15/11 | J | | |
| 34. | | | | | Sold (part) | 12/21/11 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Merger Fund | A | Int./Div. | J | T | Sold<br>(part) | 8/22/11 | J | A | |
| 36. | | | | | Buy<br>(add'l) | 12/21/11 | J | | |
| 37. Merk Hard Currency Fund Investor CL | A | Int./Div. | J | T | Buy | 8/22/11 | J | | |
| 38. Morgan Stanley Global Real Estate Port | A | Int./Div. | J | T | Buy | 5/10/11 | J | | |
| 39. | | | | | Sold<br>(part) | 8/22/11 | J | | |
| 40. Nothern Intermed Tax Exempt Fund | A | Int./Div. | J | T | Buy<br>(add'l) | 1/24/11 | J | | |
| 41. | | | | | Sold<br>(part) | 8/22/11 | J | A | |
| 42. Pimco Emerging Markets CY CL D (FKA Pimco Developing Local) | A | Int./Div. | J | T | Buy<br>(add'l) | 1/24/11 | J | | |
| 43. | | | | | Sold<br>(part) | 12/21/11 | J | A | |
| 44. T Rowe Price Growth Stock Advisor CL | | None | J | T | Sold<br>(part) | 8/22/11 | J | A | |
| 45. T Rowe Price Intl Stock Advisor CL | A | Int./Div. | J | T | Buy | 5/10/11 | J | | |
| 46. | | | | | Sold<br>(part) | 8/22/11 | J | | |
| 47. Ridgeworth Mid CapValue Equity CL I | A | Int./Div. | J | T | Buy<br>(add'l) | 3/22/11 | J | | |
| 48. | | | | | Sold<br>(part) | 12/21/11 | J | A | |
| 49. Rivernorth Core Opportunity Fund | A | Int./Div. | J | T | Sold<br>(part) | 8/22/11 | J | A | |
| 50. | | | | | Buy<br>(add'l) | 12/29/11 | J | | |
| 51. RS Global Natural Resources CL A | A | Int./Div. | J | T | Buy | 1/24/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 8/22/11 | J | | |
| 53. Columbia Dividend Opportunity CL A | A | Int./Div. | J | T | Buy (add'l) | 3/24/11 | J | | |
| 54. | | | | | Sold (part) | 8/22/11 | J | | |
| 55. Columbia Select LRG Cap Growth Class A | | None | J | T | Buy | 8/22/11 | J | | |
| 56. TCW Dividend Focused Fund CL N | A | Int./Div. | J | T | Buy (add'l) | 3/31/11 | J | | |
| 57. | | | | | Sold (part) | 8/22/11 | J | | |
| 58. TCW Small Cap Growth Class N | | None | J | T | Buy | 5/10/11 | J | | |
| 59. | | | | | Sold (part) | 8/22/11 | J | | |
| 60. Touchstone Focused Equity Fund Class A | A | Int./Div. | J | T | Buy | 1/24/11 | J | | |
| 61. | | | | | Sold (part) | 8/22/11 | J | | |
| 62. Turner Midcap Growth Inv CL | | None | | | Sold | 5/10/11 | J | B | |
| 63. Victory Diversified Stock Class A | A | Int./Div. | | | Buy (add'l) | 3/29/11 | J | | |
| 64. | | | | | Sold | 8/22/11 | J | | |
| 65. Wasatch International Opportunities FD | A | Int./Div. | J | T | Sold (part) | 8/22/11 | J | A | |
| 66. | | | | | Buy (add'l) | 12/28/11 | J | | |
| 67. Wasatch Emerging Markets Small Cap FD | | None | J | T | Sold (part) | 8/22/11 | J | A | |
| 68. | | | | | Buy (add'l) | 12/21/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Wells Fargo Ultra Shrt Trm Muni CL A | A | Int./Div. | J | T | Buy | 1/24/11 | J | | |
| 70. | | | | | Sold (part) | 12/21/11 | J | A | |
| 71. Westcore Select | A | Int./Div. | J | T | Buy | 5/10/11 | J | | |
| 72. | | | | | Sold (part) | 8/22/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On September 20, 2012, a notice was received from the Judicial Conference of the United States Committee on Financial Disclosure regarding the Calendar Year 2011 Filing. In Part VII, page 5, line 19, of the prior year's report (Calendar Year 2010), "Federated Intermed Corp Bond FD CL SS" was listed as a reportable asset, and information regarding the sale of this asset was provided in Column D as "Sold (part)" on 06/07/10, with Value Code "J" and Gain Code "A".

The sale transaction of 315.269 shares of Federated Intermed Corp Bond FD CL SS on 02/24/10 was erroneously omitted from the 2010 Financial Disclosure Report. In addition to the disclosure originally reported, this transaction would have been disclosed in Part VII, page 5, line 19, with information in Column D as "Sold"; Value Code "J"; and Gain Code "A".

As this asset was fully liquidated as of the 06/07/10 sale disclosed on the Calendar Year 2010 report, it is no longer required to be reported on the 2011 Financial Disclosure Report submitted to the Judicial Conference of the United States Committee on Financial Disclosure.

| Name of Person Reporting | Date of Report |
|---|---|
| Ferguson, Kathryn C. | 12/10/12 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature    s/ Kathryn C. Ferguson

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544